```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SCOTT CAWTHON, :
:
Plaintiff, :
: 22-cv-3021 (LJL)
-v- :
: ORDER
ZHOUSUNYIJIE, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As discussed at the initial pretrial conference held in this matter today, Plaintiff shall make any motion for default judgment by November 21, 2022. If Plaintiff does not make a motion for default judgment by that date, and if Defendant has still not appeared in this action, Plaintiff shall file an order to show cause by that date why the case should not be dismissed for failure to prosecute. If Defendant appears before November 21, 2022, Plaintiff shall write to the Court for a conference.

     Plaintiff should also take note that his motion for entry of default, filed on August 4, 2022 at Dkt. No. 11, was rejected as containing a filing error. Plaintiff should follow the instructions on the docket regarding refiling.

     SO ORDERED.

Dated: August 19, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                         United States District Judge