**NISSENBAUM LAW GROUP, LLC**
2400 Morris Avenue, Suite 301
Union, NJ 07083
908-686-8000
Steven L. Procaccini (317428)
*Attorneys for Plaintiff Scott Cawthon*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT CAWTHON,<br>        *Plaintiff,*<br><br>              v.<br><br>ZHOUSUNYIJIE,<br>                *Defendant.* | Civil Action No. 1:22-cv-03021<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTE THAT the undersigned attorneys for plaintiff Scott Cawthon ("**Plaintiff**"), shall move for an order granting Plaintiff's motion for substitute service via email on defendant Zhousunyijie, pursuant to Federal Rule of Civil Procedure 4(f).

In support of this motion, I submit a memorandum of law.

                                                                NISSENBAUM LAW GROUP, LLC

                                                                BY:   /s/Steven L. Procaccini
                                                                            Steven L. Procaccini

Dated:  November 21, 2022