```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                        │
                                              │ DOCUMENT                         │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED             │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #:_____           │
-----------------------------------------X    │ DATE FILED: 05/16/2023           │
                                         :    └─────────────────────────────────┘
SCOTT CAWTHON,                           :
                                         :
                Plaintiff,               :
                                         :              22-cv-3021 (LJL)
        -v-                              :
                                         :              ORDER
ZHOUSUNYIJIE,                            :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff's request to lift the stay is GRANTED.  Plaintiff is granted leave either to effect service on Defendant or to move for alternative service.

The Clerk of Court is respectfully directed to lift the stay in this case.

SO ORDERED.

Dated: May 16, 2023
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                               United States District Judge