UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br>   *Plaintiff,*<br><br>   v.<br><br>ZHOUSUNYIJIE,<br>   *Defendant.* | Civil Action No. 1:22-cv-03021 (LJL)<br><br>**DEFAULT JUDGMENT** |

  This action having been commenced on April 12, 2022, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Zhousunyijie by email service in accordance with the Court's order dated November 3, 2023 on the provided email address effergergrg@163.com, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff having judgment against defendant in the statutory amount of $90,000 with post-judgment interest accruing pursuant to 28 U.S.C. § 1961 plus costs and disbursements, and reasonable attorney's fees in the amount of $13,317.50, plus $416.32 in costs.

  IT IS FURTHER ORDERED that Defendant and his officers, agents, servants, employees, owners and representatives, and all other persons or entities shall:

- Disclose all websites and other locations where the Infringing Product—as defined in Plaintiff's memorandum of law dated December 26, 2023—is sold;

- Disclose the means by which the Infringing Product is manufactured and where the manufacturing occurs;

- Provide an accounting of all inventory of the Infringing Product;

- Provide an accounting of any and all sales of the Infringing Product;

- Remove the Infringing Product from any and all websites or other points of sale;

- Cease infringing on Plaintiff's Copyrights through sale of the Infringing Product;

- File with this Court and serve upon Plaintiff within thirty (30) days of the entry of an injunction a written report under oath describing in detail the manner and form in which Defendant complied with the injunctive relief set forth in this section, pursuant to 17 U.S.C. § 502(a);

- Destroy infringing articles in the possession of the Defendant pursuant to 17 U.S.C. § 503(b); and

- Pay post-judgment interest to Plaintiff pursuant to 28 U.S.C. § 1961(a).

Dated: New York, New York
     March 20, 2024

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

This document was entered on the docket on ___March 20, 2024___.